**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT  DESIGNATED  FOR  PUBLICATION

Eugene Paul Cicardo, Jr.
Attorney at Law
P. O. Box 1128
Alexandria LA 71309


**REHEARING ACTION: March 3, 2010**


**Docket Number: 10   00006-CW**

**DAWN M. ARMER (MARLER)**
**VERSUS**
**STATE FARM INSURANCE COMPANY,**
**ET AL.**

**Writ Application from Rapides Parish Case No. 90144**


**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dawn M. Armer (Marler)** has this day been

    **DENIED.**


cc: David A. Strauss, Counsel for the Applicant
    Shalni A. Chandwani, Counsel for the Applicant
    Howell D. Jones, IV, Counsel for  the Respondent